**Order entered September 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01666-CR
No. 05-12-01667-CR

**ERASMO GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-58343-Y, F10-61584-Y**

## ORDER

We **REINSTATE** these appeals.

By order dated September 5, 2013, the Court removed Nanette Hendrickson and the Dallas County Public Defender's Office as counsel for appellant and abated these appeals to allow the trial court to appoint new counsel. On September 9, 2013, Hendrickson tendered a brief to the Court and a motion to accept the tendered brief and rescind the order removing her as counsel.

The Court has not yet received a supplemental clerk's record appointing new counsel. In the interest of expediting submission of these appeals, we **VACATE** the September 5 order. We

**REINSTATE** Nanette Hendrickson and the Dallas County Public Defender's Office as counsel for appellant.

The brief tendered to the Clerk of the Court on September 9, 2013 is **DEEMED** timely filed on the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Nanette Hendrickson, Dallas County Public Defender's Office; and to the Dallas County District Attorney's Office.

/s/    LANA MYERS
       JUSTICE